# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137907

MARGARET GAINFORTH, Personal
Representative of the ESTATE OF
FELICE VERMEERSCH,
            Plaintiff-Appellee,

v

BAY HEALTH CARE, d/b/a BAY DIAGNOSTIC
CENTER FOR WOMEN, BAY REGIONAL
MEDICAL CENTER, f/k/a BAY HEALTH
SYSTEMS and BAY MEDICAL CENTER, INC.,
BAY RADIOLOGICAL CONSULTANTS, P.C.,
T. K. JONES, M.D., HARPAL SINGH, M.D.,
and HARPAL SINGH, M.D., P.C..
            Defendants-Appellants.

SC: 137907
COA: 284972
Bay CC: 02-003940-NH

_____/

On order of the Court, the application for leave to appeal the September 23, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals, which shall hold this case in abeyance pending its decision in *Farley v Carp* (Court of Appeals Docket Nos. 283405, 283418, and 284681). After *Farley* is decided, the Court of Appeals shall reconsider this case in light of that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2009

Clerk

d0527